**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

03/19/2025

IN RE:

NEIL R. DAVIS
131 RINNE STREET
PITTSBURGH, PA 15210
XXX-XX-2016        Debtor(s)

Case No.22-22012 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

   NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

   This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

   This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

   The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

3/19/2025

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim # | INT % | CRED DESC | Court Claim # | Account No. | Claim | Comment |
|---|---|---|---|---|---|---|---|
| **BERNSTEIN BURKLEY PC**<br>601 GRANT ST - 9TH FL<br>PITTSBURGH, PA  15219 | 1 | 0.00% | NOTICE ONLY | | | 0.00 | DUQ LITE/PRAE |
| **SYNCHRONY BANK***<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | 2 | 0.00% | NOTICE ONLY | | 6605 | 0.00 | CARE CREDIT/PRAE |
| **ATLAS ACQUISITIONS LLC**<br>492C CEDAR LN STE 442<br>TEANECK, NJ  07666 | 3 | 0.00% | NOTICE ONLY | | | 0.00 | /PRAE |
| **BROCK & SCOTT PLLC***<br>3825 FORRESTGATE DR<br>WINSTON SALEM, NC  27103 | 4 | 0.00% | NOTICE ONLY | | | 0.00 | WELLS FARGO BANK/PRAE |
| **ROBERTSON ANSCHUTZ SCHNEID CRANE & PA**<br>130 CLINTON RD #202<br>FAIRFIELD, NJ  07004 | 5 | 0.00% | NOTICE ONLY | | | 0.00 | BANK OF NY MELLON/PRAE |
| **BANK OF NEW YORK MELLON - TRUSTEE ET AL**<br>C/O NATIONSTAR MORTGAGE LLC DBA MR COO<br>ATTN BANKRUPTCY<br>PO BOX 619094<br>DALLAS, TX  75261-9741 | 6 | 0.00% | MORTGAGE REGULAR PAYMEN | 11 | 7841 | 0.00 | PMT/DECL*MR COOPER/UWM/PL*DK4LMT*BGN 6/23*$0ARRS/PL-CL |
| **ONE MAIN FINANCIAL(*)**<br>PO BOX 3251<br>EVANSVILLE, IN  47731-3251 | 7 | 6.00% | VEHICLE | | 4037 | 16,750.00 | $@6%/PL*PMT/CONF |
| **WELLS FARGO BANK NA**<br>ATTN PAYMENT PROCESSING MAC# F2302 04C<br>ONE HOME CAMPUS<br>DES MOINES, IA  50328 | 8 | 0.00% | MORTGAGE REGULAR PAYMEN | 6 | 4477 | 0.00 | CL6GOV*565/PL*553.75x(60+2)=LMT*BGN 6/23 |
| **AFFIRM**<br>650 CALIFORNIA ST<br>SAN FRANCISCO, CA  94108 | 9 | 0.00% | UNSECURED CREDITOR | | | 0.00 | NT ADR/SCH |
| **ALLEGENT COMMUNITY FCU**<br>1001 LIBERTY AVE STE 100<br>PITTSBURGH, PA  15222 | 10 | 0.00% | UNSECURED CREDITOR | | 6039 | 0.00 | |

| Creditor | Trustee Claim Info | Creditor Description |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** PO BOX 71083 CHARLOTTE, NC 28272-1083 | Trustee Claim Number:11  INT %: 0.00% Court Claim Number:4 CLAIM: 6,639.93 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 6270 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** PO BOX 71083 CHARLOTTE, NC 28272-1083 | Trustee Claim Number:12  INT %: 0.00% Court Claim Number:3 CLAIM: 3,969.05 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 6215 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** PO BOX 71083 CHARLOTTE, NC 28272-1083 | Trustee Claim Number:13  INT %: 0.00% Court Claim Number:5 CLAIM: 418.64 COMMENT: SYNC/WALMART | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 5485 |
| **CITIBANK NA**** 6716 GRADE LN BLDG 9 STE 910-PY DEPT LOUISVILLE, KY 40213-3439 | Trustee Claim Number:14  INT %: 0.00% Court Claim Number:2 CLAIM: 997.28 COMMENT: THE HOME DEPOT | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 4213 |
| **DENTAL WORKS** 517 CLAIRTON BLVD PLEASANT HILLS, PA 15236 | Trustee Claim Number:15  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 9978 |
| **US DEPARTMENT OF EDUCATION** C/O NELNET PO BOX 2837 PORTLAND, OR 97208 | Trustee Claim Number:16  INT %: 0.00% Court Claim Number:1 CLAIM: 0.00 COMMENT: DEFERRED/CONF*CL=2843.54*X0019/SCH | CRED DESC: UNSECURED  (S) ACCOUNT NO.: 2016 |
| **DEPARTMENT OF EDUCATION/NELNET** ATTN: CLAIMS PO BOX 82505 LINCOLN, NE 68501 | Trustee Claim Number:17  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: DEFERRED/CONF*NT ADR/SCH*$0~DEFERRED/PL | CRED DESC: UNSECURED  (S) ACCOUNT NO.: 9919 |
| **KOHLS DEPARTMENT STORE** C/O CREDITORS BANKRUPTCY SVC* PO BOX 800849 DALLAS, TX 75380 | Trustee Claim Number:18  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: NT ADR~CAP 1/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 0640 |
| **ATLAS ACQUISITIONS LLC O/B/O UHG I LLC ET** C/O UHG I LLC PO BOX 907 PARKER, CO 80134 | Trustee Claim Number:19  INT %: 0.00% Court Claim Number:7-2 CLAIM: 4,448.61 COMMENT: NO$~SYNC/PAYPAL*AMD | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 1583 |
| **LVNV FUNDING LLC** C/O RESURGENT CAPITAL SVCS PO BOX 10587 GREENVILLE, SC 29603-0587 | Trustee Claim Number:20  INT %: 0.00% Court Claim Number:8 CLAIM: 3,027.46 COMMENT: CARE CREDIT*FR SYNC-D56 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 6605 |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **LVNV FUNDING LLC** <br> C/O RESURGENT CAPITAL SVCS <br> PO BOX 10587 <br><br> GREENVILLE, SC  29603-0587 | Trustee Claim Number:21  INT %:  0.00% <br> Court Claim Number:9 <br><br> CLAIM:  1,527.36 <br> COMMENT:  LOWES*FR SYNC-D59 | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  6612 |
| **LVNV FUNDING LLC** <br> C/O RESURGENT CAPITAL SVCS <br> PO BOX 10587 <br><br> GREENVILLE, SC  29603-0587 | Trustee Claim Number:22  INT %:  0.00% <br> Court Claim Number:10 <br><br> CLAIM:  2,096.99 <br> COMMENT:  SAMS CLUB*FR SYNC-D58 | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  3612 |
| **WELTMAN WEINBERG & REIS CO LPA**** <br> ATTN CH 13 BANKRUPTCY NOTICES <br> 5990 WEST CREEK RD STE 200 <br><br> INDEPENDENCE, OH  44131 | Trustee Claim Number:23  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **WELLS FARGO BANK NA** <br> ATTN PAYMENT PROCESSING MAC# F2302 04C <br> ONE HOME CAMPUS <br><br> DES MOINES, IA  50328 | Trustee Claim Number:24  INT %:  0.00% <br> Court Claim Number:6 <br><br> CLAIM:  579.32 <br> COMMENT:  CL6GOV*0/PL*THRU 5/23 | CRED DESC:  MORTGAGE ARR. <br> ACCOUNT NO.:  4477 |
| **MANLEY DEAS KOCHALSKI LLC** <br> PO BOX 165028 <br><br> COLUMBUS, OH  43216-5028 | Trustee Claim Number:25  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  BANK OF NY MELLON/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |